| | |
|---|---|
| 1  PATRICK D. ROBBINS (CABN 152288)<br>   Attorney for the United States<br>2  Acting Under Authority Conferred by 28 U.S.C. § 515<br>3  MARTHA BOERSCH (CABN 126569)<br>   Chief, Criminal Division<br>4<br>   PATRICK K. O'BRIEN (CABN 292470)<br>5  Assistant United States Attorney<br>6      450 Golden Gate Avenue, Box 36055<br>        San Francisco, California 94102-3495<br>7      Telephone: (415) 436-7126<br>        FAX: (415) 436-7234<br>8      Patrick.Obrien@usdoj.gov | **FILED**<br><br>Jan 21 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER CHARLES BECKMAN, and<br>VALERIE LAU BECKMAN,<br>    a/k/a Valerie Lau,<br><br>    Defendants. | NO.: 3:25-cr-00012 RFL<br><br>MOTION TO SEAL<br><br>**UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorney Patrick O'Brien, moves this Court for an order sealing the docket, the government's application for a sealing order, the sealing order, the indictment, arrest warrants, and all attachments filed on January 21, 2025, in the above-referenced case. Disclosure of the specified documents might jeopardize the defendants' arrest and a search of several locations in connection with an ongoing criminal investigation.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be

permitted to share these documents as necessary to comply with its discovery obligations and with counsel for the defendants, and with the Federal Bureau of Investigation.

DATED: January 21, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

/s/ Patrick O'Brien
_____
PATRICK K. O'BRIEN
Assistant United States Attorney