1 | PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
2 | Acting Under Authority Conferred by 28 U.S.C. § 515

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 |
PATRICK K. O'BRIEN (CABN 292470)
5 | Assistant United States Attorney

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
7 | Telephone: (415) 436-7126
FAX: (415) 436-7234
8 | Patrick.Obrien@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 3:25-CR-00012-RFL |
| ) | [FILED JANUARY 21, 2025] |
| Plaintiff, ) | |
| ) | |
| v. ) | NOTICE OF RELATED CASE IN A CRIMINAL |
| ) | ACTION |
| ALEXANDER CHARLES BECKMAN, and ) | |
| VALERIE LAU BECKMAN. ) | |
| a/k/a Valerie Lau, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| | |
| SECURITIES AND EXCHANGE ) | NO. 4:25-CV-00800-JST |
| COMMISSION, ) | [FILED JANUARY 23, 2025] |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ALEXANDER C BECKMAN, and ) | |
| VALERIE H LAU, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

1   The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the above-captioned criminal case may be related to a civil case filed in this District.

On January 21, 2025, a federal grand jury returned an indictment against defendants Alexander Charles Beckman and Valerie Lau Beckman, also known as Valerie Lau, in Case No. 25-CR-00012-RFL, charging offenses including wire fraud, securities fraud, conspiracy, and aggravated identity theft. On January 23, 2025, the defendants were arrested and appeared before the Honorable Peter H. Kang, United States Magistrate Judge, for initial appearances and arraignments on the indictment. A further hearing before Judge Kang is set for February 10, 2025, at 2:00 pm.

On January 23, 2025, the Securities and Exchange Commission filed a civil complaint against Alexander Beckman and Valerie Lau in Case No. 4:25-CV-00800-JST.

Based upon the facts as alleged in the indictment and the civil complaint, the cases may be related within the meaning of Local Rule 8-1(b)(1) because they concern the same defendants and related underlying events and conduct involving GameOn, Inc. also known as GameOn Technology and ON Platform, and representations by the defendants to GameOn investors. As alleged in the indictment and the civil complaint, Beckman is the former CEO and cofounder of GameOn, and Lau worked on GameOn matters as an attorney.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: January 30, 2025

Respectfully submitted,

PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

/s/ Patrick O'Brien
PATRICK K. O'BRIEN
Assistant United States Attorney